IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRI BEACH,                       No.  CIV.S-05-0117 DAD

     Plaintiff,

    v.                             ORDER

JO ANNE B. BARNHART,
Commissioner of Social
Security,

     Defendant.
_____/

     By order filed May 5, 2005, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution.  On May 5, 2005, plaintiff filed a response to the order to show cause sufficiently explaining the reason for the delay in completing service of process.

/////

/////

/////

/////

1

1  Accordingly, the order to show cause filed on May 5, 2005,
2  is HEREBY DISCHARGED.  This matter will proceed according to the
3  terms of the court's scheduling order filed January 26, 2005.
4  DATED: June 8, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/beach0117.dischargeOSC