McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI BEACH,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CASE NO. **2:05-CV-00117-DAD**<br><br>STIPULATION AND ORDER RE<br>PRE-FILING REDACTION OF THE<br>ADMINISTRATIVE TRANSCRIPT |

    The parties to the above-referenced action, by and through their undersigned counsel, with the approval of the Court, hereby stipulate that the record found at transcript page (Tr.) 143 (consisting of Exhibit 1F, page 45/58) of the certified transcript of the administrative proceedings under review in this action, is a confidential extra-party record which does not pertain to said administrative proceedings.  Accordingly, the parties agree to redaction of the transcript, whereby Defendant shall remove Tr. 143 from the transcript and file the transcript in such redacted form.

    The parties further stipulate that any review copies of the record found at Tr. 143, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

    The parties further stipulate that the inadvertent inclusion of said record in the administrative transcript is not and will not be a basis for a claimed error.

    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

document bearing counsel's original signature for retention in Defendant's case file, amd hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: 10/26/05                           /s/ Elizabeth Gade
                                          ELIZABETH GADE
                                          Attorney at Law

                                          Attorney for Plaintiff


DATED:  10/26/05                          McGREGOR W. SCOTT
                                          United States Attorney


                                    By:   /s/ Bobbie J. Montoya
                                          BOBBIE J. MONTOYA
                                          Assistant U. S. Attorney

                                          Attorneys for Defendant

                              _____oOo_____

## ORDER

**APPROVED AND SO ORDERED.**

**DATED: October 27, 2005.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/beach0117.stipord


OF COUNSEL:

LUCILLE GONZALES MEIS
 Chief Counsel, Region IX

JEAN TURK
 Assistant Regional Counsel

United States Social
 Security Administration